RHP BEARINGS LTD., NSK Bearings Europe Ltd., and Nsk Corporation, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

The Torrington Company (now known as Timken U.S. Corporation), Defendant–Appellee.

No. 03–1239.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2004.

*ORDER*

Upon consideration of the unopposed motion of RHP Bearings Ltd. et al. to voluntarily dismiss this appeal, from Court of International Trade case no. 98–07–02526,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.